# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: _United States v. Chaim Meyer Lebovits_

2. Related Magistrate Docket Number(s) _N/A_
   None ( )

3. Arrest Date: _____

4. Nature of offense(s):   (Felony)
                           Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the
   Local E.D.N.Y. Division of Business Rules): _N/A_

6. Projected Length of Trial:   Less than 6 weeks  (X)
                                More than 6 weeks  ( )

7. County in which crime was allegedly committed: _Brooklyn_
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  ( ) No

9. Have arrest warrants been ordered?   ( ) Yes  ( ) No

10. Is there a capital count included in the indictment?   ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
    Lester S. Kleinberg
    Assistant U.S. Attorney
    (718) 254-6012

Rev. 3/22/01