

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP
F. #2005R00279

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 19, 2014

By ECF

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Edward Grodsky
>        Docket No. 11-CR-134 (SJ)

Dear Judge Johnson:

The government respectfully submits this letter to request an adjournment of the defendant's sentence, which is currently scheduled before Your Honor on September 26, 2014.  The parties have not yet received the Department of Probation's Presentence Investigation Report.   Accordingly, the government respectfully requests that a sentence date be scheduled after January 6, 2015.  Scott Druker, Esq., counsel for the defendant, has advised that the defendant has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:    _____/s_____
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc:  Clerk of Court (SJ)
       Scott Druker, Esq. (by ECF)